Sergio Olea **REYNOSO**; Aurora
Gonzalez Sanchez,
Petitioners,

v.

Eric H. **HOLDER**, Jr., Attorney
General, Respondent.

No. 08–73021.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 16, 2010.*

Filed Nov. 23, 2010.

Joubin Nasseri, Nasseri Law Group,
Los Angeles, CA, for Petitioners.

Ronald E. Lefevre, Office of the District
Counsel Department of Homeland Securi-
ty, San Francisco, CA, U.S. Department of
Justice, Washington, DC, for Respondent.

Before: TASHIMA, BERZON, and
CLIFTON, Circuit Judges.

MEMORANDUM **

Sergio Olea Reynoso and Aurora Gonza-
lez Sanchez, natives and citizens of Mexico,
petition for review of the Board of Immi-
gration Appeals' ("BIA") order denying
their motion to reopen proceedings due to
ineffective assistance of counsel. We have
jurisdiction under 8 U.S.C. § 1252. We
review for abuse of discretion the denial of

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R. App. P. 34(a)(2).

a motion to reopen, *Mohammed v. Gon-
zales,* 400 F.3d 785, 791 (9th Cir.2005), and
we deny the petition for review.

The BIA acted within its discretion in
denying petitioners' motion to reopen be-
cause petitioners did not establish that
their former counsel "failed to perform
with sufficient competence." *See Mo-
hammed,* 400 F.3d at 793.

The motion to withdraw as attorney of
record is granted. The Clerk shall amend
the docket to reflect that petitioners are
appearing pro se, and their address is 1016
S. Exmoor Ave., Compton, CA 90220.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36–3.

